United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 13, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-51596
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ABEL ARAUJO-AVILA,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:98-CR-310-ALL
---------------------

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Abel Araujo-Avila (Araujo), federal prisoner # 88995-080, appeals the denial of his 18 U.S.C. § 3582(c)(2) motion to reduce sentence. He argues pursuant to Amendment 668 to the Sentencing Guidelines that he is entitled to a role adjustment in his offense level. Araujo, however, has failed to brief the issue whether the district court erred in holding that his motion was meritless because Amendment 668 has not been designated retroactively applicable under U.S.S.G. § 1B1.10(c) (2006). He

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

has therefore waived its review.  See <u>Yohey v. Collins</u>, 985 F.2d 222, 225 (5th Cir. 1993).

AFFIRMED.